

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Jose A. Mena, Jr., and Dalia Zulema Marroquin Fernandez and In the Interest of A.G.M., a Child

No. 06-21-00088-CV

Appeal from the 246th District Court of Harris County, Texas (Tr. Ct. No. 2018-36233). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED AUGUST 31, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk